UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD COLE BURCHETT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. YOUNG,<br><br>　　　　　Defendant. | CASE NO.  C05-5715RBL<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

　　This matter is before the Court on the Report and Recommendation of Judge KAREN L. STROMBOM, United States Magistrate Judge [Dkt. #4].  The Court has reviewed the report and the underlying record, and does hereby find and ORDER:

　　(1)　The Court ADOPTS the Report and Recommendation [Dkt. #4];

　　(2)　The Plaintiff's application to proceed in forma pauperis is DENIED, and Plaintiff shall have 30 days from the date of this Order to pay the filing fee ($250.00) or his Complaint will be dismissed;

　　(3)　The Clerk is directed to send copies of this Order to the plaintiff at his last known address and to defendant's counsel and Magistrate Judge  KAREN L. STROMBOM.

　　DATED this 23rd day of February, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE